**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM PANZINI,<br><br>                        Plaintiff,<br><br><br>   – against–<br><br><br>TD BANK, N.A. &<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>                      Defendants. | Case No.: 1:24-CV-04375-VMC-CCB<br><br><br>**STIPULATION OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE<br>AS TO DEFENDANT TD BANK,<br>N.A. ONLY** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff William Panzini ("Plaintiff") and Defendant TD Bank, N.A. ("TD"), through the undersigned counsel, that Plaintiff's claims against TD *only* are dismissed with prejudice in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Thank you for your time and attention to this matter.

                                           Respectfully submitted,

Dated: October 8, 2024                 **/s/ LaTonya Sims**
                                    LaTonya Sims
                                    Attorney Bar Number: 711135
                                    Attorney for Plaintiff William Panzini
                                    Law Offices of Robert S. Gitmeid & Associates, PLLC
                                    100 Galleria Parkway, Suite 1570
                                    Atlanta, Georgia 30339
                                    Telephone: (770) 874-2445
                                    Email: LaTonya.S@gitmeidlaw.com

Dated: October 8, 2024

*/s/Catherine G. Lucas*
Catherine G. Lucas
Attorney Bar Number: 567369
Attorney for Defendant TD Bank, N.A.
Duane Morris LLP
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Tel: (404) 253-6912
Email: Klucas@duanemorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2024, I electronically filed **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT TD BANK, N.A. ONLY** with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Catherine G. Lucas

Christine Kapur

**/s/ LaTonya Sims**
LaTonya Sims
Georgia Bar No. 711135
Attorney for William Panzini

Law Offices of Robert S. Gitmeid & Associates, PLLC
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Telephone: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com

3