**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM PANZINI,<br><br>                 Plaintiff,<br><br><br>    – against–<br><br>TD BANK, N.A. &<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>             Defendants. | Case No.: 1:24-cv-04375-VMC-CCB<br><br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Plaintiff William Panzini ("Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement in principle to settle the above-referenced matter and are in the process of finalizing a confidential settlement agreement.

2. Documents for final disposition of the case will be filed once the terms of the settlement agreement have been completed.

3. Accordingly, Plaintiff respectfully requests that the parties be excused from all future appearances and deadlines in this matter.

Dated: November 13, 2024

**[SIGNATURE PAGE TO FOLLOW]**

Respectfully submitted,

**/s/ LaTonya Sims**
 LaTonya Sims
Attorney Bar Number: 711135
Law Offices of Robert S. Gitmeid & Associates,
PLLC
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
LaTonya.S@gitmeidlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2024 I electronically filed **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

Catherine G. Lucas

Christine Kapur

**/s/ LaTonya Sims**
LaTonya Sims
Georgia Bar No. 711135
Attorney for William Panzini

Law Offices of Robert S. Gitmeid & Associates, PLLC
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Telephone: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com