**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| WILLIAM PANZINI,<br><br>                    Plaintiff,<br><br><br>    – against–<br><br><br>TD BANK, N.A. &<br>EQUIFAX INFORMATION SERVICES,<br>LLC,<br><br>               Defendants. | Case No.: 1:24-CV-04375-VMC-CCB<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff William Panzini, by and through the undersigned counsel, hereby voluntarily dismisses his claims with prejudice against Defendant Equifax Information Services, LLC ("Equifax"), with each party to bear its own costs and fees.

Equifax has not served an answer or motion for summary judgment as of this time. Thank you for your time and attention to this matter.

Dated: January 13, 2025

                                  Respectfully submitted,

                                  **/s/ LaTonya Sims**
                                  LaTonya Sims
                                  Attorney Bar Number: 711135
                                  Attorney for Plaintiff William Panzini
                                  Law Offices of Robert S. Gitmeid & Associates, PLLC
                                  100 Galleria Parkway, Suite 1570
                                  Atlanta, Georgia 30339
                                  Telephone: (770) 874-2445
                                  Email: LaTonya.S@gitmeidlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 13, 2025, I electronically filed **NOTICE OF**

**VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX**

**INFORMATION SERVICES, LLC** with the Clerk of Court using the CM/ECF system which

will automatically send email notifications of such filing to the following attorneys of record:


Christine Kapur


**/s/ LaTonya Sims**
LaTonya Sims
Georgia Bar No. 711135
Attorney for William Panzini


Law Offices of Robert S. Gitmeid & Associates, PLLC
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Telephone: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com